523 A.2d 741

**Anna FAUST, Appellant,**

v.

**Joseph L. MESSINGER, Thomas Snyder & R. Benay Snyder, Appellees.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1986.

Decided April 3, 1987.

Dwight L. Danser, Easton, for appellant.

Joel M. Scheer, Easton, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.